UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/26/2021__
```

--------------------------------------------------------------X

EQUARN WHITE,

                        Plaintiff,

       - against -

CORRECTIONAL SERGEANT MICHAEL F.        18 Civ. 8758 (NSR)
MRZYGLOD, ET AL.,

                       Defendants.

--------------------------------------------------------------X

**ORDER**

**ROMÁN, D.J.:**

On January 25, 2021, this Court issued an Order to Show Cause directing Plaintiff to show cause in writing on or before February 24, 2021 why his claims against Defendants should not be dismissed without prejudice for want of prosecution pursuant to Fed R. Civ. P. 41(b). (ECF No. 40.) The Clerk of Court mailed a copy of the Order to Show Cause to Plaintiff on January 25, 2021. That mailing was not returned as undeliverable and Plaintiff has not responded.

Therefore, this case is dismissed without prejudice for want of prosecution. The Clerk of Court is directed to mail a copy of this order to pro se Plaintiff on the address on ECF and to show service on the docket.

SO ORDERED.

Dated: White Plains, New York
       February 26, 2021

_____
      Nelson S. Román, U.S.D.J.